# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

IN RE :

Douglas Wheeler

                                                      §          CASE NO. 25-32908-MVL
                                                      §               (Chapter 13)
       Debtor(s)                        §

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

                             **Johnson County**
                           c/o Elizabeth Banda Calvo
                         Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
                         500 E. Border Street, Suite 640
                         Arlington, Texas 76010
                         (817) 461-3344
                         (817) 860-6509 FAX
                         email: ebcalvo@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements,

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

        Respectfully Submitted,

        **PERDUE, BRANDON, FIELDER,**
        **COLLINS & MOTT, L.L.P.**
        Attorneys for Claimant(s)

        By: /s/ Elizabeth Banda Calvo
           ELIZABETH BANDA CALVO
           State Bar No. 24012238
           500 E. Border Street, Suite 640
           Arlington, Texas 76010
           (817) 461-3344
           (817) 860-6509 FAX

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been sent to the parties listed by the Court's ECF notification system. And all other parties via CM/ECF e-notice:   August 6, 2025

        /s/ Elizabeth Banda Calvo
        ELIZABETH BANDA CALVO

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** - 2